**William Scott DAVIS, Jr., and a minor child JFD, as next best friend, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 16–1106

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2016

Decided: June 28, 2016

William Scott Davis, Jr., Appellant Pro Se.

· Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order denying his motion to reopen a closed Federal Tort Claims Act matter. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. United States, No. 4:13–cv–00062–RBS–DEM (E.D. Va. July 16, 2015). We deny Davis' motions to remand and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before ·this court and argument would not aid the decisional process.

AFFIRMED